IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>    Defendants._____/ | No. C 09-05527 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT** |

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application; however, he did not file copies of his Certificate of Funds and prisoner trust account statement.

    The Court ordered Plaintiff to file copies of his Certificate of Funds and prisoner trust account statement; however, these documents are presently overdue.

    Plaintiff has filed a request for an extension of time to file copies of his Certificate of Funds and prisoner trust account statement. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file copies of his Certificate of Funds and prisoner trust account statement will be extended up to and including **thirty (30) days** from the date of this Order.

1 **Failure to file copies of his Certificate of Funds and prisoner trust account statement as**
2 **ordered herein by the thirty-day deadline shall result in the dismissal of this action without**
3 **prejudice.**
4  IT IS SO ORDERED.
5 DATED: 1/12/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  CARLOS A. ORTEGA,                                   Case Number: CV09-05527 SBA
7            Plaintiff,                                **CERTIFICATE OF SERVICE**
8     v.
9  SAN JOSE CITY OF et al,
10           Defendant.
                                                  /
11
12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14  That on January 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17
   Carlos A. Ortega #CTL S32
18 Santa Clara County Corrections - San Jose
   #09071890
19 885 N. San Pedro Street
   San Jose, CA 95110
20
   Dated: January 13, 2010
21
                                                  Richard W. Wieking, Clerk
                                                  By: LISA R CLARK, Deputy Clerk
22
23
24
25
26
27
28

P:\PRO-SE\SBA\CR.09\Ortega5527.EOT-IFP.frm                3