LORI E. PEGG, Acting County Counsel (S.B. #129073)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
(Erroneously Sued As Santa Clara County Jail)
MARK RITCHIE, M.D., AMARJIT GREWAL, M.D.,
BEVERLY PURDY, M.D., OFFICER GILL,
LAURA RODRIGUEZ, DENNIS GILLOTTE,
GILDA VERSALES, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA, | No. C09-5527 SBA |
| Plaintiff, | **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| SANTA CLARA COUNTY JAIL, et al., | |
| Defendants. | |

I, Mark F. Bernal, declare as follows:

    1.    I am an attorney duly licensed to practice law in the State of California and am admitted to practice in the Northern, Eastern and Southern Districts of this Court.   I am the attorney representing all Defendants who have appeared in this action.

    2.    This is Defendants' first request for an extension of time to file a dispositive motion. As explained in greater detail, below, the primary reason for this request is that the nature of the claims presented requires multiple consulting witnesses to review almost three years of medical, psychiatric and pharmaceutical records, and then prepare declarations in support of a summary judgment motion, which cannot be completed within the time period established by the Order of Service.

///

1

3. This is an action by an inmate of the Santa Clara County Main Jail alleging that five different medical doctors were deliberately indifferent to his serious psychiatric needs over a two and one-half year period (March 2007 through September 2009) by denying him psychiatric medications, psychiatric treatment, and proper medical housing, all of which he alleges caused him severe psychological and physical side effects. He also alleges that from May 13, 2009 through September 29, 2009, and from December 3, 2009 through January 3, 2010, correctional officers denied him his due process rights by placing him in administrative segregation housing without a hearing.

4. This Court's Order of Service directs Defendants to file a Motion for Summary Judgment within 60 days of the date their answer to the amended complaint is due. The deadline for filing such a motion is December 20, 2012.

5. This office filed an answer to the amended complaint on September 18, 2012, and has since been in the process of collecting years of evidence for review by medical, psychiatric, and pharmaceutical consultants for purposes of addressing the appropriate nature of plaintiff's medical care.

6. Based on my review of the evidence thus far, I believe that a Motion for Summary Judgment on behalf of the Defendants is appropriate and should be granted. However, there is not sufficient time between now and December 20, 2012, for Defendants' consultants to review the voluminous records and prepare declarations in support of the Motion. I anticipate that I will be able to file the dispositive motion on or before January 25, 2013.

7. I request that the court extend the time within which to file a Motion for Summary Judgment on behalf of the Defendants to January 25, 2013.

I declare under penalty of perjury that the foregoing is true and correct and that it was executed at San Jose, California on November 30, 2012.

/S/
Mark Bernal

ORDER

The Defendants having applied for an extension of time within which to file a Motion for Summary Judgment and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

Defendants shall file a Motion for Summary Judgment or other dispositive motion no later than January 25, 2013.

Dated: 12/13/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

4  CARLOS A. ORTEGA,

5       Plaintiff,

6  v.

7  SAN JOSE CITY OF et al,

8       Defendant.
9  _____/

Case Number: CV09-05527 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos A. Ortega #09071890
Santa Clara County Corrections - San Jose
#CTL532
885 N. San Pedro Street
San Jose, CA 95110

Dated: December 14, 2012

Richard W. Wieking, Clerk
                                                                                   By:
Lisa Clark, Deputy Clerk

4

Defendants' Request for Extension                                    C09-5527 SBA
of Time to file Dispositive Motion