IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. MARK RITCHIE, et al.,<br><br>    Defendants. | No. C 09-05527 SBA (PR)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Granting Defendants' Motion to Dismiss; and Dismissing All Claims as Unexhausted signed today, judgment is hereby entered dismissing this action without prejudice for failure to exhaust administrative remedies. 42 U.S.C. § 1997e(a). The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 9/26/2013

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Ortega5527.jud.frm